IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHYLLIS M. ROONEY,<br><br>Defendant. | **4:26CR3020**<br><br>**ORDER** |

THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue Sentencing (Filing No. 37) as to Phyllis M. Rooney. The motion will be granted. Sentencing is continued to 10/30/2026 at 1:00 p.m. in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge Susan M. Bazis. Ordered by Judge Susan M. Bazis.

Dated this 15th day of September, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge